05-15-00255-CV



# COLLIN COUNTY

**Stacey Kemp, County Clerk**
2100 Bloomdale Road, Suite 12165
McKinney, Texas 75071
972-548-6423
972-548-6433Fax
www.collincountytx.gov

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/4/2015 10:12:19 AM
LISA MATZ
Clerk

March 04, 2015

5th District Court of Appeals
600 Commerce Street, 2nd Floor
George Allen Senior Courts Building
Dallas, Texas 75202

RE:     Notice of Appeal on our File No. 006-25472-2014
Styled: The State of Texas vs. Blake Barren Bennett, defendant/Principal Richard J.
         Deaguero, Defendant/Surety

To Whom It May Concern:

Notice of Appeal was filed in our office on 02/25/2015 appealing the judgment signed on
February 05, 2015. A file stamped copy of the Notice of Appeal is attached. The Clerk's
Record is due on May 01, 2015.

I appreciate your consideration in this matter; please feel free to contact me if needed.

Sincerely,



**ATTEST: STACEY KEMP, COUNTY CLERK**
Collin County, Texas
2100 Bloomdale Road, Suite 12165
McKinney, Texas 75071
972-548-6423, METRO 972-424-1460 EXT. 6423

Signed: 3/4/2015 10:00:34 AM

Issued By: _Mendy Rodgers_ ,Deputy
               Mendy Rodgers

Electronically Filed 2/25/2015 6:22:55 PM
Stacey Kemp County Clerk
Collin County, Texas
By: Sharon Howard, Deputy
Envelope ID: 4282928

NO.006-25472-2014

THE STATE OF TEXAS, PLAINTIFF                    IN THE COUNTY COURT AT LAW 6

VS.

BLAKE BARREN BENNETT,
DEFENDANT/PRINCIPAL,
RICHARD J. DEAGUERO,
DEFENDANT /SURETY                                COLLIN COUNTY, TEXAS


DEFENDANT'S  NOTICE OF APPEAL

     The Defendant hereby provides notice to the Court and to the other party that he intends to appeals the underlying judgment in this case to the Court of Appeals.

RESPECTFULLY SUBMITTED,

/s/ Rjd
_____

RICHARD J. DEAGUERO
4145 TRAVIS STREET, SUITE 201
DALLAS, TEXAS 75402
TELEPHONE: 2142430105
FACSIMILE:   2145262156
rjdeaguerolaw@yahoo.com


CERTIFICATE OF SERVICE

     I certify that I served a true and correct copy of this motion on the Collin County District Attoreny's office pursuant to the Texas Rules of Civil Procedure/Texas Rules of Criminal Procedure.

Service was made on Coline Barkley Ward, 972-548-4302.

/S/ RJD

RICHARD J. DEAGUERO